## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JAMIE EPSTEIN, *ATTORNEY AT LAW*
1101 Route 70 West
Cherry Hill, NJ  08002
Tel: (856) 428-0710
Attorney for: Plaintiff

_____

| | | |
|---|---|---|
| D.F.,   a minor, individually and by his parent and legal guardian, A.C., | : : | CASE No. 1:10-cv-00594-RMB-JS |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF MOTION FOR** |
| COLLINGSWOOD PUBLIC SCHOOLS | : | **PARTIAL SUMMARY JUDGMENT** |
| Defendant | : | *(Returnable May 17, 2010)* |

_____:

TO:   Richard L. Goldstein, Esq.
      Marshall, Dennehey, Warner, Coleman & Goggin
      200 Lake Drive East, Suite 300
      Cherry Hill, NJ  08002

TAKE NOTICE that on <u>Monday, May 17, 2010</u>, a 9 a.m. or at another time scheduled by the Court, Plaintiffs will apply to the Court for an Order granting Plaintiff Summary Judgment on the Fourth Count (Open Public Records Act) and Fifth Count (Denial of Common Law Access) of their First Amended Complaint.

In support of their motion, Plaintiff's shall rely upon the enclosed Affidavit of Jamie Epstein, Brief and Statement of Material Facts Not in Dispute.   A proposed form of Order is enclosed.

Dated: 4/22/10                    _____
                                 Jamie Epstein