```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| D.F., a minor, individually and by his parent and legal guardian, A.C.,<br><br>     Plaintiff,<br><br>     v.<br><br>COLLINGSWOOD PUBLIC SCHOOLS,<br><br>     Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 10-594 (JEI/JS)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT (Dkt. Nos. 44 and 49)** |

**APPEARANCES:**

JAMIE EPSTEIN, ESQ.
1101 Route 70 West
Cherry Hill, New Jersey 08002
          Counsel for Plaintiff

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: Richard L. Goldstein, Esq.
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, New Jersey 08002
          Counsel for Defendant

**IRENAS**, Senior District Judge:

     This matter having appeared before the Court upon Collingswood's Motion for Summary Judgment (Dkt. No. 44), and D.F. individually and by his parent and legal guardian, A.C.'s Motion for Summary Judgment (Dkt. No. 49), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this  23 rd day of May, 2011,

**ORDERED THAT:**

1. Defendant's Motion for Summary Judgment is hereby **GRANTED**.

2. Plaintiff's Motion for Summary Judgment is hereby **DENIED**.

3. The Clerk of the Court is hereby directed to close this file.

                                      s/Joseph E. Irenas
                                  **JOSEPH E. IRENAS, S.U.S.D.J.**