```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| D.F., a minor, individually and by his parent and legal guardian, A.C.,<br><br>      Plaintiff,<br><br>    v.<br><br>COLLINGSWOOD PUBLIC SCHOOLS,<br><br>      Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 10-594 (JEI/JS)<br><br>**ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT (Docket #81)** |

**APPEARANCES:**

JAMIE EPSTEIN, ESQ.
1101 Route 70 West
Cherry Hill, New Jersey 08002
    Counsel for Plaintiff

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: Richard L. Goldstein, Esq.
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, New Jersey 08002
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Plaintiff's Renewed Motion for Summary Judgment (Docket #81), the Court having considered Plaintiff's submission, and for the reasons set forth in an Opinion issued on even date herewith,

**IT IS** on this <u>8th</u> day of January, 2013,

    **ORDERED THAT:**

Plaintiff's Renewed Motion for Summary Judgment (Docket #81) is hereby **DENIED**.

                               <u>  s/ Joseph E. Irenas  </u>
                               **JOSEPH E. IRENAS, S.U.S.D.J.**